1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARMELO RODRIGUEZ,

11            Petitioner,                    No. CIV S-10-0048 LKK GGH P

12       vs.

13   KATHLEEN DICKINSON,

14            Respondents.                   ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the 2008 decision by the California

18   Board of Parole Hearings (BPH) finding him unsuitable for parole.

19          On February 4, 2011, the undersigned ordered both parties to file simultaneously

20   briefing regarding the United States Supreme Court decision in Swarthout v. Cooke, 502 U.S.

21   ___, ___ S. Ct. ___, 2011 WL 197627 *2 (Jan. 24, 2011).  Respondent filed briefing and

22   petitioner filed a request for an extension and on March 3, 2011, the undersigned provided

23   petitioner a 30 day extension, with no further extensions.

24          On March 3, 2011, petitioner filed a motion to stay the proceedings.  The motion

25   is meritless and is denied.  Petitioner must file his opposition as set forth in the court's March 3,

26   2011, order.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  Petitioner's motion for a stay (Doc. 29) is denied;

3          2.  Petitioner must file his briefing as set forth in the March 3, 2011, order.

4     DATED: March 9, 2011

                                        /s/ Gregory G. Hollows
5
                                   _____
6                                       GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

7

      GGH: AB
8     rodr0048.ord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26