IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMELO RODRIGUEZ,

    Petitioner,　　　　　　　　No.  CIV S-10-0048 LKK GGH P

  vs.

KATHLEEN L. DICKINSON, et al.,

    Respondent.　　　　　　　　<u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has filed a motion for the undersigned to reconsider the April 12, 2011, order denying plaintiff's second motion for an extension of time to file briefing.

        On February 4, 2011, the undersigned ordered both parties to provide briefing regarding the recent United States Supreme Court decision of <u>Swarthout v. Cooke</u>, 502 U.S. ___, 131 S. Ct. 859, 861 (2011).

        On February 25, 2011, petitioner was granted a 30 day extension to file briefing. Plaintiff filed a motion to stay, that was denied, but did not file briefing.  Plaintiff's second motion for an extension was denied on April 12, 2011.  Plaintiff was informed that he could raise any issues he desired in objections to the findings and recommendations that were issued on

1

1 April 29, 2011. Plaintiff's motion for reconsideration to the order denying a second extension is
2 denied, as plaintiff can still file objections to the findings and recommendations and raise any
3 issues that could have been raised before.
4       Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration
5 (Doc. 35) be denied.
6 DATED: May 5, 2011

               /s/ Gregory G. Hollows
7
               _____
               GREGORY G. HOLLOWS
8                UNITED STATES MAGISTRATE JUDGE
9
GGH: AB
10 rodr0048.ord2