IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMELO RODRIGUEZ,

    Petitioner,   No.  CIV S-10-0048 LKK GGH P

    vs.

KATHLEEN L. DICKINSON, et al.,

    Respondent.

_____/

CARMELO RODRIGUEZ,

    Petitioner,   No.  CIV S-11-1244 KJN P

    vs.

G. SWARTHOUT   RELATED CASE ORDER

    Defendant.

_____/

    Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 190(d), E.D. Cal. (2011).  Both actions are brought pursuant to 28 U.S.C. § 2254, and both challenge the 2008 decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole.  In Case No. CIV S-11-1244 KJN P, petitioner has consented to the jurisdiction of a U.S. Magistrate Judge.  Doc. 3.

1         The parties should be aware that relating the cases under Local Rule 190(d) merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, habeas cases involving the same "conviction" are assigned to the same judge.

        Therefore, IT IS ORDERED that the action denominated as No. CIV S-11-1244 KJN P is reassigned to Magistrate Judge Gregory G. Hollows for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. CIV S-11-1244 GGH P.

        IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: June 3, 2011

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH: AB
rodr1244.860